# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| JAMAL DAMON HENDRIX, | ) | 3:16-CV-0067-MMD (VPC) |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | May 22, 2017 |
| | ) | |
| STATE OF NEVADA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: _____ LISA MANN _____   REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion requesting a copy of his complaint (ECF No. 35) is **DENIED as moot**. On May 16, 2017, the court ordered the Clerk to provide plaintiff one copy of his complaint and the screening order in this case (ECF No. 34). It appears to the court that plaintiff's motion and the court's order crossed in the mail.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: _____ /s/ _____
                Deputy Clerk