1  AARON D. FORD
   Attorney General
2  JOSHUA M. HALEN, Bar No. 13885
   Deputy Attorney General
3  State of Nevada
   Bureau of Litigation
4  Public Safety Division
   100 N. Carson Street
5  Carson City, Nevada 89701-4717
   Tel: (775) 684-1209
6  E-mail: jhalen@ag.nv.gov

7  *Attorneys for Defendants Romeo Aranas, Jayson Artinger, Renee Baker,*
   *Joshua Barfield, Ronald Bryant, Harold Byrne, Gloria Carpenter,*
8  *James Cox, Sean Donahue, Teri Doty, Robert Dugan, James Dzurenda,*
   *Daniel Esquivel, Sheryl Foster, William Gittere, Angela Gregersen,*
9  *Leslie Healer, Hal Hollingsworth, Brandon Jackson, Dawn Jones,*
   *Timothy Jones, Curtis Kerner, Charles Kirchen, Keli Lyons, Mark*
10 *Mallinger, Julie Matousek, Ronnie Montoya, Thomas Quinlan, Christian*
   *Rowley, Tasheena Sandoval, Donald Southworth, Melissa Travis, Joshua*
11 *Trice, and Alexander Wall*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMAL DAMON HENDRIX, | Case No. 3:16-cv-00067-MMD-CBC |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| JAMES COX, et al., | |
| Defendants. | |

Plaintiff Jamal Damon Hendrix, appearing pro se, and Defendants Romeo Aranas, Jayson Artinger, Renee Baker, Joshua Barfield, Ronald Bryant, Harold Bryne, Gloria Carpenter, James Cox, Sean Donahue, Teri Doty, Robert Dugan, James Dzurenda, Daniel Esquivel, Sheryl Foster, William Gittere, Angelea Gregersen, Leslie Healer, Hal Hollingsworth, Dawn Jones, Timothy Jones, Curtis Kerner, Charles Kirchen, Keli Lyons, Mark Mallinger, Julie Matousek, Ronnie Montoya, Thomas Quinlan, Christian Rowley, Tasheena Sandoval, Donald Southworth, Melissa Travis, Joshua Trice, and Alexander Wall, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Joshua M. Halen, Deputy Attorney General, hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned action should be dismissed with prejudice by order of this Court.

1

This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between the parties. Pursuant to the terms of the Settlement Agreement and Full and Final Release, each party hereto shall bear its own attorneys' fees and costs.

DATED this 31ST day of January, 2019.　　　　DATED this 14 day of ~~January~~ February, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　Aaron D. Ford
　　　　　　　　　　　　　　　　　　　　　　　　Attorney General

By: _____　　　By: _____
　　JAMAL DAMON HENDRIX　　　　　　　　　　　JOSHUA M. HALEN
　　*Plaintiff, Pro Se*　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　　　　　　　　　State of Nevada
　　　　　　　　　　　　　　　　　　　　　　　　Bureau of Litigation
　　　　　　　　　　　　　　　　　　　　　　　　Public Safety Division

　　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*

**IT IS SO ORDERED**

_____
**U.S. DISTRICT JUDGE**

**DATED:** February 12, 2019

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 12th day of February, 2019, I caused to be deposited for mailing a true and correct copy of the foregoing, **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**, to the following:

Jamal Hendrix, #1083418
Ely State Prison
P.O. Box 1989
Ely, NV 89301

*[signature]*
An employee of the Office
of the Attorney General